# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA REMBERT, *et al.* : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No.: 2:17-cv-287 |
| : | |
| vs. : | JUDGE GRAHAM |
| : | |
| : | MAGISTRATE JUDGE DEAVERS |
| A PLUS HOME HEALTH CARE : | |
| AGENCY LLC, *et al.*, : | |
| : | |
| Defendants. : | |

## AGREED JUDGMENT ENTRY

This matter is before the Court on the Parties' agreement as to a final judgment in favor of Plaintiffs and against Defendants A Plus Home Health Care Agency, LLC, Elliott Osunde, Olurotimi Banjoko, Osaghamudia Osazemwinde, and Omoefe Efetevbia, jointly and severally. The claims in this matter were brought under the Fair Labor Standards Act ("FLSA") for unpaid overtime wages, liquidated damages, attorneys' fees, and costs.  Based on the agreement of the parties, and for good cause shown, the Court hereby ORDERS as follows:

1. Judgment against Defendants in the amount of $9,480.50 which amount shall equal the recovery of overtime wages of: $1,605.50 to Plaintiff Christina Rembert; $2,675.00 to Plaintiff Debra Walton, and; $5,200.00 to Plaintiff Jessica Harper (McNicol);

2. Judgment against Defendants in the amount of $9,480.50 which amount shall equal the recovery of liquidated damages of: $1,605.50 to Plaintiff Christina Rembert;

$2,675.00 to Plaintiff Debra Walton, and; $5,200.00 to Plaintiff Jessica Harper (McNicol);

3. Plaintiff Tambra Thompson and Plaintiff Autumn McClaskey have settled their wage claims as part of a Department of Labor Investigation and, therefore, are not entitled to additional recovery.

This judgment does not preclude the filing of motions related to the recovery of attorney's fees, costs, or other remedies available to a prevailing party. Defendant shall have the right to challenge Plaintiffs' petition for attorney's fees and costs.

IT IS SO ORDERED.

/S/   James L. Graham
James L. Graham
UNITED STATES DISTRICT JUDGE

Date:   March 24, 2020

Respectfully submitted by:

/s/ Greg R. Mansell
Gregory R. Mansell (#0085197)
(greg@manselllawllc.com)
**Mansell Law LLC**
1457 S. High Street
Columbus, Ohio 43207
614-610-4134
614-547-3614 (FAX)

/s/ *Peter G. Friedmann, Esq.*
Peter G. Friedmann (0089293)
(Pete@TFFLegal.com)
Rachel A. Sabo (0089226)
(Rachel@TFFLegal.com)
**The Friedmann Firm LLC**
1457 S. High Street
Columbus, OH 43207

>614-610-9756 (Phone)
>614-737-9812 (Fax)
>
>Co-Counsel for Plaintiffs
>
>/s/ *Sanjay K. Bhatt* (via email authorization)
>Sanjay K. Bhatt (0063913)
>2935 Kenny Road, Suite 225
>Columbus, OH 43221
>Tel.: (614) 222-4900
>Fax: (614) 334-5080
>bhattlawoffice@gmail.com
>Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's ECF system.

>/s/ Greg R. Mansell
>Gregory R. Mansell (#0085197)